**DISMISS and Opinion Filed August 5, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00374-CV

### NICOLE HARRIS, Appellant
### V.
### LELAND BROWN AND FOSSIL GROUP, INC., Appellees

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-00630-2020**

## MEMORANDUM OPINION

Before Justices Molberg, Goldstein, and Smith
Opinion by Justice Molberg

Before the Court are both appellant's motion to dismiss the appeal and appellee Fossil Group, Inc.'s motion to dismiss the appeal and for sanctions. Appellant acknowledges in her motion that the judgment is not final because her claims against Leland Brown remain pending. We grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We deny as moot appellee's motion to dismiss and for sanctions.

210374f.p05

/Ken Molberg//
KEN MOLBERG
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

NICOLE HARRIS, Appellant

No. 05-21-00374-CV      V.

LELAND BROWN AND FOSSIL
GROUP, INC., Appellees

On Appeal from the 429th Judicial
District Court, Collin County, Texas
Trial Court Cause No. 429-00630-
2020.
Opinion delivered by Justice
Molberg. Justices Goldstein and
Smith participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees LELAND BROWN AND FOSSIL GROUP, INC. recover their costs of this appeal from appellant NICOLE HARRIS.

Judgment entered this 5th day of August, 2021.